UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUDSON PRIVATE LP,

                              Plaintiff,

        -v-

CREATIVE WEALTH MEDIA FINANCE CORP.,

                              Defendant.

22 Civ. 5520 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        In reviewing plaintiff's pending motion to remand, the Court has determined that it would benefit from hearing brief testimony from affiants Gerald Gratton and Chery Hassen regarding the events surrounding attempted service on March 16, 2022, at the Ontario office of defendant Creative Wealth Media Finance Corp. The Court envisions receiving this testimony remotely (i.e., with all participants participating remotely). The Court's law clerk will be in touch with counsel shortly to arrange a convenient date and time for this hearing.

        SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 17, 2022
       New York, New York