UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUDSON PRIVATE LP,

                               Plaintiff,

        -v-

CREATIVE WEALTH MEDIA FINANCE CORP.,

                             Defendant.

22 Civ. 5520 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 17, 2022, the Court notified the parties that it would benefit from hearing brief testimony from affiants Gerald Gratton and Chery Hassen regarding the events surrounding attempted service on March 16, 2022, at the Ontario office of defendant Creative Wealth Media Finance Corp. Dkt. 19.

After confirming the parties' availability for such hearing, the Court now schedules a remote evidentiary hearing for September 6, 2022 at 2 p.m. The Court instructs counsel to come prepared to elicit direct testimony and to conduct cross-examination of the affiants.

The Court's law clerk will be in touch with counsel to provide instructions on remote participation using a teleconferencing link.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: August 22, 2022
          New York, New York