UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUDSON PRIVATE LP,

                    Plaintiff,

-v-

CREATIVE WEALTH MEDIA FINANCE CORP.,

                    Defendants.

22 Civ. 5520 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 21, 2022, the Court issued an opinion and order denying plaintiff Hudson Private's motion for remand, Dkt. 21, and scheduled an initial pretrial conference in this matter, Dkt. 22. On September 21, 2022, Hudson Private alerted the Court, via letter, and in advance of that conference, that its pleadings "take[] the form of a motion for summary judgment in lieu of complaint pursuant to CPLR 3212." Dkt. 23.

At the conference scheduled for October 26, 2022, the Court will take up the issue of the proper form for Hudson Private's pleadings, in light of the differing rules of procedure governing New York state and federal courts. In the meantime, and with the remand motion now decided,

defendant Creative Wealth Media is ordered to respond to plaintiff's pleadings **by October 13, 2022**.

Additionally, the parties are again directed to the Court's order on September 21, 2022, *see* Dkt. 22, regarding their required submissions in advance of the conference.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 22, 2022
       New York, New York