UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUDSON PRIVATE LP,

                          Plaintiff,

                 -v-

CREATIVE WEALTH MEDIA FINANCE CORP.,

                          Defendant.

22 Civ. 5520 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received and carefully considered the letters filed today by the parties today as to the issues of service and the form of Creative Wealth Media's answer. *See* Dkts. 25, 26.

As to first issue, Creative Wealth Media is deemed to have been constructively served in this matter pursuant to Federal Rule of Civil Procedure 81(c)(2)(A). Accordingly, the Court redirects Creative Wealth Media to respond, presumably by filing an answer, by October 13, 2022.

As to the second issue, the Court will take up the next steps in this case, including the appropriate procedure in which to brief Hudson Private's motion for summary judgment, at the next conference on October 26, 2022. Accordingly, Creative Wealth Media's response due

October 13, 2022 will not be treated as an opposition to a motion for summary judgment by Hudson Private.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 23, 2022
New York, New York