UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUDSON PRIVATE LP,

                           Plaintiff,

-v-

CREATIVE WEALTH MEDIA FINANCE CORP.,

                           Defendant.

22 Civ. 5520 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in this matter is presently scheduled for October 26, 2022, at 4:30 p.m. Dkt. 22. Due to a conflict with the Court's schedule, that conference is adjourned to November 3, 2022, at 4:00 p.m. The deadline for the parties' joint letter and case management plan is now October 28, 2022. The conference will remain a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: October 13, 2022
       New York, New York