UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUDSON PRIVATE LP,

                              Plaintiff,

        -v-

CREATIVE WEALTH MEDIA FINANCE CORP.,

                             Defendant.

22 Civ. 5520 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 26, 2022, the Court received a joint letter from the parties in advance of a pretrial conference in this case. Dkt. 30. In the joint letter, Creative Wealth Media Finance Corporation ("Creative Wealth") alerted the Court that it intends to file a motion pursuant to Federal Rule of Civil Procedure 42 to consolidate this matter with an action currently before Judge Seibel. The Court directs Creative Wealth to file its motion for consolidation by November 1, 2022. Hudson Private's opposition, if any, is due November 4, 2022. The Court does not invite reply from Creative Wealth.

To allow the Court time to resolve the motion for consolidation, the Court adjourns the initial pretrial conference currently scheduled for November 3, 2022, to **November 18, 2022, at 4 p.m.** The parties are directed to refile an updated joint letter and to file a proposed case management plan, *see* Dkt. 8, no later than four days before the pretrial conference.

SO ORDERED.

                                                                    *Paul A. Engelmayer*
                                                                    PAUL A. ENGELMAYER
                                                                    United States District Judge

Dated: October 27, 2022
       New York, New York