UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x

HUDSON PRIVATE LP,

                    Plaintiff,

v.

CREATIVE WEALTH MEDIA FINANCE CORP.,

                    Defendant.

------------------------------------------ x

Case No. 22-cv-05520-PAE

**NOTICE OF MOTION**
**FOR CONSOLIDATION**

**PLEASE TAKE NOTICE** that, upon the declaration of Samuel J. Bazian, Esq., dated November 1, 2022, and the exhibits annexed thereto, the declaration of Jason Cloth, sworn to on November 1, 2022, and the exhibits annexed thereto, and the accompanying memorandum of law, Defendant Creative Wealth Media Finance Corp. ("Defendant") will respectfully move before the Honorable Paul A. Engelmayer at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, on a date and a time to be determined by the Court, with opposition papers to be filed in accordance with the Court's Order dated October 27, 2022 (ECF Doc. No. 31), for an Order, pursuant to Fed. R. Civ. P. 42(a), consolidating this action with the action pending before the United States District Court for the Southern District of New York, styled *Hudson Private LP v. Bron Studios USA, Inc. et al.*, Case No. 21-cv-08259-CS.

Dated: New York, New York
       November 1, 2022

                                          HERRICK, FEINSTEIN LLP

                                          By: */s/ Samuel J. Bazian*
                                                William R. Fried, Esq.
                                                Samuel J. Bazian, Esq.
                                          2 Park Avenue
                                          New York, New York 10016
                                          (212) 592-1400
                                          *Attorneys for Defendant*
                                          *Creative Wealth Media Finance Corp.*