UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HUDSON PRIVATE LP,

           Plaintiff,

           v.

CREATIVE WEALTH MEDIA FINANCE CORP.,

           Defendant.

------------------------------------- x

Case No. 22-cv-05520-PAE

**DECLARATION OF JASON CLOTH**

I, Jason Cloth, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a managing partner of defendant Creative Wealth Media Finance Corp. ("Creative Wealth"). The information in this declaration is based upon my personal knowledge and/or the books and records of Creative Wealth.

2. Attached hereto as <u>Exhibit A</u> is true and correct copy of a document titled, Loan and Security Agreement, dated as of July 7, 2020, by and among Creative Wealth and Hudson Private LP ("Hudson").

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a document titled, Term Sheet Financing For Series Project Entitled "Shadowplay" (Episodes 101-108) ("Series"), dated as of July 7, 2020, as amended on July 16, 2020, by and between Creative Wealth and Hudson.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of a document titled, Term Sheet Financing for Television Series Project Entitled "Shadowplay (Episodes 101-108)" ("Series"), with an Effective Date of January 15, 2019, between Creative Wealth and Shadowplay Series Holding UK Limited LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2022

_____
JASON CLOTH