UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUDSON PRIVATE LP,

                                        Plaintiff,

                    -v-

CREATIVE WEALTH MEDIA FINANCE CORP.,

                                        Defendant.

---

22 Civ. 5520 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 27, 2022, the Court adjourned an initial conference in this matter to allow

defendant Creative Wealth Media Finance Corp. ("Creative Wealth") to file a motion for

consolidation, and to give plaintiff Hudson Private LP ("Hudson Private") time to oppose that

motion, if it wished. *See* Dkt. 31.

On November 1, 2022, Creative Wealth moved to consolidate this matter with a matter

in this same District before the Hon. Cathy Seibel, *Hudson Private LP v. Bron Studios USA, Inc.*

*et al.,* 21 Civ. 08259 (CS). *See* Dkts. 32, 33, 34, 35. On November 3, 2022, Hudson Private

opposed the motion. *See* Dkts. 36, 37.

On November 2, 2022, after Creative Wealth moved but before Hudson Private opposed,

the Court was notified via ECF that Judge Seibel—responding to a statement of relatedness from

Creative Wealth filed at case opening in July 2022—had declined to accept the case as related.

This Court defers to Judge Seibel's assessment. Accordingly, Creative Wealth's motion

for consolidation is denied. The Clerk of Court is respectfully directed to close the pending

motion at Docket 32. The initial pretrial conference scheduled for November 18, 2022, at 4 p.m.,

will go forward as scheduled.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 10, 2022
        New York, New York