UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUDSON PRIVATE LP,

                Plaintiff,

-v-

CREATIVE WEALTH MEDIA FINANCE CORP.,

                Defendant.

22 Civ. 5520 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 18, 2022, at an initial pretrial conference held in this matter, plaintiff's counsel indicated, consistent with its pre-conference letter, *see* Dkt. 40, that Hudson Private intended to move for summary judgment. The Court accordingly sets the following schedule:

- Plaintiff's motion for summary judgment due December 2, 2022;

- If necessary, defendant's Federal Rule of Civil Procedure 56(d) motion due December 7, 2022;

- If applicable, plaintiff's compliance with that application for discovery due by December 12, 2022;

- Defendant's opposition to plaintiff's motion for summary judgment due December 16, 2022; and

- Plaintiff's reply, if any, due December 23, 2022.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 18, 2022
       New York, New York