```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HUDSON PRIVATE LP,

                            Plaintiff,                          **ORDER SCHEDULING TELEPHONE
                                                               CONFERENCE**

            -against-
                                                               **22-CV-5520 (PAE)**

CREATIVE WEALTH MEDIA FINANCE CORP.,

                            Defendant.

------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        This case has been referred to me for settlement purposes (docket no. 43).  A telephone

conference will be held on **Wednesday, February 1, 2023 at 4:00 p.m.** in advance of a

settlement conference.  The parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line

at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

        **SO ORDERED.**

Dated: November 21, 2022
        New York, New York

_____
        KATHARINE H. PARKER
        United States Magistrate Judge