UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                :
HUDSON PRIVATE LP,                              :  Case No. 7:22-cv-05520
                                                :
                        Plaintiff,              :  **MOTION FOR**
                                                :  **SUMMARY JUDGMENT**
            v.                                  :
                                                :
CREATIVE WEALTH MEDIA FINANCE CORP.,            :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Christopher Conover, and the exhibits thereto, and upon all pleadings and proceedings had herein, plaintiff Hudson Private Corp. ("Plaintiff") will move this Court, before the Honorable Paul A. Engelmayer, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be set by the Court, for an Order: (1) pursuant to Federal Rule of Civil Procedure 56, granting Plaintiff summary judgment against defendant Creative Wealth Media Finance Corp. ("Defendant") based upon Defendant's default under a Promissory Note dated July 16, 2020 (the "Note"); said summary judgment to be in the principal amount of $3,000,000.00, plus contractual interest at the rate of 10% per annum (compounded annually) from July 16, 2020 through the date of collection, plus additional interest at the rate of 1.5% per month from January 3, 2022 through the date of collection, plus Plaintiff's reasonable attorneys' fees and expenses incurred in connection with the collection and enforcement of the Note; and (2) granting Plaintiff such other and further relief as the Court deems just and proper.

1

Dated: New York, NY                           Respectfully submitted,
       December 1, 2022                       MEISTER SEELIG & FEIN LLP

                                               /s/ Kevin Fritz
                                              By:    Mitchell Schuster
                                                     Kevin Fritz
                                              125 Park Avenue, 7th Floor
                                              New York, NY 10017
                                              Tel: (212) 655-3500
                                              Email: ms@msf-law.com
                                              Email: kaf@msf-law.com

7091/11/8679348.v2