# Hudson Valley Wealth Management
15 East Central Avenue
Pearl River, NY 10965

February 11, 2021

Creative Wealth Media Finance Corp.
Attn : Jason Cloth

151 Bloor St. West, Suite 700
Toronto, ON M5S 1S4 | Canada

**Re: Hudson Private LP**

Our auditors, Spicer Jeffries LLP, are now engaged in an audit of the financial statements of Hudson Private LP for the year ended December 31, 2020. In connection with this audit, please fill in the form presented below for loan amounts due to Hudson Private LP as of December 31, 2020. Please confirm the information below directly to our auditors, Spicer Jeffries LLP. You may email your response to David Risley at . Your assistance is greatly appreciated.

Sincerely,
Hudson Private LP

Chris Conover, *Portfolio Manager*

**Loan**: Shadowplay

*Please confirm the following information and note any discrepancies in the lines provided below:*

| | | |
|---|---|---|
| Original loan principal amount at inception of loan | $ | 3,000,000 |
| Loan inception date | | 7/7/2020 |
| Outstanding principal balance as of December 31, 2020 | $ | 3,000,000 |
| Accrued interest as of December 31, 2020 | $ | 141,393.44 |
| Interest rate | | 10% |
| Maturity date of loan | | 12/31/2021 |

*Please fill in the following information:*

Please describe the amount and nature of any collateral related to the loan: __LSA__

The information above is according to our records except for: _____

Signed __[signature]__         Date __April 19/21__