| Date | Balance | Notes |
|---|---|---|
| 7/16/2020 | $ 3,000,000.00 | *Starting balance* |
| 7/16/2021 | $ 3,300,000.00 | *10% annual* |
| 12/31/2021 | $ 3,447,989.35 | *168 days between 7/16 and 12/31. Discounting the 10% 365 day rate to a 168 day rate.* |
| 12/1/2022 | $ 4,016,907.59 | *1.5% penalty rate for 10 months on 12/31 balance* |