

**Meister Seelig & Fein LLP**

March 16, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

Invoice #:    335957
Client #:     7091
Matter #:        11
Billing Attorney:    MS
Tax ID #:   13-3756277

---

## INVOICE SUMMARY

For professional services rendered and costs advanced through February 28, 2022:

**RE:  Hudson Private - Shadowplay**

| | |
|---|---|
| Professional Services | $ 507.50 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 507.50** |

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours |
|---|---|---|---|
| 2/28/22 | KAF | Drafted motion for summary judgment in lieu of complaint | .70 |
| | | **TOTAL PROFESSIONAL SERVICES** | **$ 507.50** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|---|---|---|---|
| Kevin A Fritz | 725.00 | .70 | 507.50 |
| **TOTALS** | | **.70** | **$ 507.50** |

<br>

| | | |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$ 507.50** |



March 16, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

| | |
|---|---|
| Invoice #: | 335957 |
| Client #: | 7091 |
| Matter #: | 11 |
| Billing Attorney: | MS |
| Tax ID #: | 13-3756277 |

---

## REMITTANCE ADVICE

**RE:  Hudson Private - Shadowplay**

---

**BALANCE DUE THIS INVOICE**          **$ 507.50**

---

Please return this page with payment to:

Meister Seelig & Fein LLP
ATTN:  Accounts Receivable
125 Park Avenue, 7th Floor
New York, NY  10017

Or Via Wire Transfer:

**IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
PRIOR TO WIRING FUNDS TO OUR ACCOUNT.**

| | |
|---|---|
| Account Name: | Meister Seelig & Fein LLP |
| Account Number: | ██████9621 |
| Bank: | First Republic Bank |
| | 111 Pine Street |
| | San Francisco, CA  94111 |
| ABA Number: | **321081669** |
| Reference: | 335957 |
| Swift Code: | **FRBBUS6S (for international transfers)** |

**For credit card or e-check payments, please visit our website: www.meisterseelig.com.**

For billing inquiries:
Elizabeth Schneck (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*



April 13, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

Invoice #:          338474
Client #:             7091
Matter #:                11
Billing Attorney:      MS
Tax ID #:      13-3756277

---

# INVOICE SUMMARY

For professional services rendered and costs advanced through March 31, 2022:

**RE:   Hudson Private - Shadowplay**

| | |
|---|---|
| Professional Services | $ 290.00 |
| Total Disbursements Advanced | $ 800.00 |
| **TOTAL THIS INVOICE** | **$ 1,090.00** |
| Previous Balance | $ 507.50 |
| **TOTAL BALANCE DUE** | **$ 1,597.50** |

Invoice #: 338474                                                                 April 13, 2022

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours |
|------|------|------------------------|-------|
| 3/01/22 | KAF | Finalized papers, e-filed motion | .40 |
| | | **TOTAL PROFESSIONAL SERVICES** | **$ 290.00** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Kevin A Fritz | 725.00 | .40 | 290.00 |
| **TOTALS** | | **.40** | **$ 290.00** |

**DISBURSEMENTS ADVANCED**

| | Description | Amount |
|------|-------------|--------|
| 3/02/22 | Shreefer Law Firm LLC - Inv. 1444 - Hudson Private LP v Creative Wealth Media Finance Corp. Index No. 650952/2022 | 800.00 |
| | **TOTAL DISBURSEMENTS ADVANCED** | **$ 800.00** |
| | **TOTAL THIS INVOICE** | **$ 1,090.00** |

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 335957 | 3/16/22 | 507.50 | .00 | 507.50 |

|  | Previous Balance | $ 507.50 |
|---|---|---|
|  | **TOTAL BALANCE DUE** | **$ 1,597.50** |



April 13, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

| | |
|---|---|
| Invoice #: | 338474 |
| Client #: | 7091 |
| Matter #: | 11 |
| Billing Attorney: | MS |
| Tax ID #: | 13-3756277 |

## REMITTANCE ADVICE

**RE:  Hudson Private - Shadowplay**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 1,090.00** |
| BALANCE FORWARD | $ 507.50 |
| **TOTAL BALANCE DUE** | **$ 1,597.50** |

Please return this page with payment to:

Meister Seelig & Fein LLP
ATTN:  Accounts Receivable
125 Park Avenue, 7th Floor
New York, NY  10017

Or Via Wire Transfer:

**IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
PRIOR TO WIRING FUNDS TO OUR ACCOUNT.**

| | |
|---|---|
| Account Name: | Meister Seelig & Fein LLP |
| Account Number: | ████████9621 |
| Bank: | First Republic Bank |
| | 111 Pine Street |
| | San Francisco, CA  94111 |
| ABA Number: | **321081669** |
| Reference: | 338474 |
| Swift Code: | **FRBBUS6S (for international transfers)** |

**For credit card or e-check payments, please visit our website: www.meisterseelig.com.**

For billing inquiries:
Elizabeth Schneck (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*

## Meister Seelig & Fein LLP

125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535



May 19, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

Invoice #:       339004
Client #:           7091
Matter #:             11
Billing Attorney:     MS
Tax ID #:    13-3756277

---

# INVOICE SUMMARY

For professional services rendered and costs advanced through April 30, 2022:

**RE:  Hudson Private - Shadowplay**

| | |
|---|---|
| Professional Services | $ 362.50 |
| Total Disbursements Advanced | $ 33.16 |
| **TOTAL THIS INVOICE** | **$ 395.66** |
| Previous Balance | $ 1,597.50 |
| **TOTAL BALANCE DUE** | **$ 1,993.16** |

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours |
|------|------|------------------------|-------|
| 4/20/22 | KAF | Conducted research regarding timeliness of notice of removal, revised stipulation, correspondence with opposing counsel | .50 |
| | | **TOTAL PROFESSIONAL SERVICES** | **$ 362.50** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Kevin A Fritz | 725.00 | .50 | 362.50 |
| **TOTALS** | | **.50** | **$ 362.50** |

**DISBURSEMENTS ADVANCED**

| | Description | Amount |
|------|-------------|--------|
| 3/31/22 | Thomson Reuters, Online Legal Research, Inv. 0846106242 | 2.11 |
| 4/30/22 | Thomson Reuters, Online Legal Research, Inv. 0846282295 | 31.05 |
| | **TOTAL DISBURSEMENTS ADVANCED** | **$ 33.16** |
| | **TOTAL THIS INVOICE** | **$ 395.66** |

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---:|---:|---:|---:|---:|
| 335957 | 3/16/22 | 507.50 | .00 | 507.50 |
| 338474 | 4/13/22 | 1,090.00 | .00 | 1,090.00 |

Previous Balance                                                               $ 1,597.50

**TOTAL BALANCE DUE**                                          **$ 1,993.16**



May 19, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

| | |
|---|---|
| Invoice #: | 339004 |
| Client #: | 7091 |
| Matter #: | 11 |
| Billing Attorney: | MS |
| Tax ID #: | 13-3756277 |

---

## REMITTANCE ADVICE

**RE:  Hudson Private - Shadowplay**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 395.66** |
| BALANCE FORWARD | $ 1,597.50 |
| **TOTAL BALANCE DUE** | **$ 1,993.16** |

---

Please return this page with payment to:

Meister Seelig & Fein LLP
ATTN:  Accounts Receivable
125 Park Avenue, 7th Floor
New York, NY  10017

Or Via Wire Transfer:

**IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
PRIOR TO WIRING FUNDS TO OUR ACCOUNT.**

| | |
|---|---|
| Account Name: | Meister Seelig & Fein LLP |
| Account Number: | █████9621 |
| Bank: | First Republic Bank |
| | 111 Pine Street |
| | San Francisco, CA  94111 |
| ABA Number: | **321081669** |
| Reference: | 339004 |
| Swift Code: | **FRBBUS6S (for international transfers)** |

**For credit card or e-check payments, please visit our website: www.meisterseelig.com.**

For billing inquiries:
Elizabeth Schneck (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*

## Meister Seelig & Fein LLP

125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535



Meister Seelig & Fein LLP

July 26, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

Invoice #:        343441
Client #:         7091
Matter #:           11
Billing Attorney:     MS
Tax ID #:    13-3756277

---

# INVOICE SUMMARY

For professional services rendered and costs advanced through June 30, 2022:

**RE:   Hudson Private - Shadowplay**

| | |
|---|---|
| Professional Services | $ 4,785.00 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,785.00** |
| Previous Balance | $ 1,993.16 |
| **TOTAL BALANCE DUE** | **$ 6,778.16** |

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours |
|------|------|------------------------|-------|
| 6/28/22 | KAF | Reviewed Notice of Removal | .10 |
| 6/29/22 | KAF | Drafted motion to remand case from federal court to state court, conducted research | 5.00 |
| 6/30/22 | KAF | Drafted motion to remand case from federal court to state court, drafted letter requesting pre-motion conference, call with client | 1.50 |
| 6/30/22 | OK | No Charge - Finalize and e-file the Notices of Appearance for attorneys, Kevin Fritz and Mitchell Schuster | .40 |
| | | **TOTAL PROFESSIONAL SERVICES** | **$ 4,785.00** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Kevin A Fritz | 725.00 | 6.60 | 4,785.00 |
| **TOTALS** | | **6.60** | **$ 4,785.00** |

**TOTAL THIS INVOICE**                                        **$ 4,785.00**

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 335957 | 3/16/22 | 507.50 | .00 | 507.50 |
| 338474 | 4/13/22 | 1,090.00 | .00 | 1,090.00 |
| 339004 | 5/19/22 | 395.66 | .00 | 395.66 |

|  |  |
|---|---|
| Previous Balance | $ 1,993.16 |
| **TOTAL BALANCE DUE** | **$ 6,778.16** |



July 26, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

| | |
|---|---|
| Invoice #: | 343441 |
| Client #: | 7091 |
| Matter #: | 11 |
| Billing Attorney: | MS |
| Tax ID #: | 13-3756277 |

---

**REMITTANCE ADVICE**

**RE:  Hudson Private - Shadowplay**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 4,785.00** |
| BALANCE FORWARD | $ 1,993.16 |
| **TOTAL BALANCE DUE** | **$ 6,778.16** |

---

Please return this page with payment to:

Meister Seelig & Fein LLP
ATTN:  Accounts Receivable
125 Park Avenue, 7th Floor
New York, NY  10017

Or Via Wire Transfer:

**IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
PRIOR TO WIRING FUNDS TO OUR ACCOUNT.**

| | |
|---|---|
| Account Name: | Meister Seelig & Fein LLP |
| Account Number: | ████████9621 |
| Bank: | First Republic Bank |
| | 111 Pine Street |
| | San Francisco, CA  94111 |
| ABA Number: | **321081669** |
| Reference: | 343441 |
| Swift Code: | **FRBBUS6S (for international transfers)** |

**For credit card or e-check payments, please visit our website: www.meisterseelig.com.**

For billing inquiries:
Elizabeth Schneck (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*

## Meister Seelig & Fein LLP

125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535



August 23, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

| | |
|---|---|
| Invoice #: | 344873 |
| Client #: | 7091 |
| Matter #: | 11 |
| Billing Attorney: | MS |
| Tax ID #: | 13-3756277 |

---

# INVOICE SUMMARY

For professional services rendered and costs advanced through July 31, 2022:

**RE:  Hudson Private - Shadowplay**

| | |
|---|---|
| Professional Services | $ 3,299.50 |
| Total Disbursements Advanced | $ 695.50 |
| **TOTAL THIS INVOICE** | **$ 3,995.00** |
| Previous Balance | $ 6,778.16 |
| **TOTAL BALANCE DUE** | **$ 10,773.16** |

Invoice #: 344873                                                            August 23, 2022

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours |
|------|------|------------------------|-------|
| 7/07/22 | KAF | Communications concerning additional affidavit of service for Creative Wealth | .10 |
| 7/08/22 | KAF | Drafted letter to Judge Engelmayer | .20 |
| 7/11/22 | KAF | Finalized motion to remand | .10 |
| 7/11/22 | PG | Format Motion to Remand and Supporting Papers for filing; draft tables of contents and authorities; file Motion to Remand and Supporting Papers. | 1.60 |
| 7/25/22 | KAF | Reviewed opposition to motion to remand, drafted reply, conducted research | 1.50 |
| 7/26/22 | KAF | Drafted reply brief for motion to remand, conducted research | 2.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | **$ 3,299.50** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Kevin A Fritz | 725.00 | 3.90 | 2,827.50 |
| Paul Gusak | 295.00 | 1.60 | 472.00 |
| **TOTALS** | | **5.50** | **$ 3,299.50** |

**DISBURSEMENTS ADVANCED**

| | Description | Amount |
|------|-------------|--------|
| 6/30/22 | Online Legal Research - Thomson Reuters, Online Legal Research, Inv. 0846605990 | 695.50 |
| | **TOTAL DISBURSEMENTS ADVANCED** | **$ 695.50** |
| | **TOTAL THIS INVOICE** | **$ 3,995.00** |

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 335957 | 3/16/22 | 507.50 | .00 | 507.50 |
| 338474 | 4/13/22 | 1,090.00 | .00 | 1,090.00 |
| 339004 | 5/19/22 | 395.66 | .00 | 395.66 |
| 343441 | 7/26/22 | 4,785.00 | .00 | 4,785.00 |

Previous Balance                                     $ 6,778.16

**TOTAL BALANCE DUE**                        **$ 10,773.16**



August 23, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

| | |
|---|---|
| Invoice #: | 344873 |
| Client #: | 7091 |
| Matter #: | 11 |
| Billing Attorney: | MS |
| Tax ID #: | 13-3756277 |

---

## REMITTANCE ADVICE

**RE:  Hudson Private - Shadowplay**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 3,995.00** |
| BALANCE FORWARD | $ 6,778.16 |
| **TOTAL BALANCE DUE** | **$ 10,773.16** |

---

Please return this page with payment to:

Meister Seelig & Fein LLP
ATTN:  Accounts Receivable
125 Park Avenue, 7th Floor
New York, NY  10017

Or Via Wire Transfer:

**IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
PRIOR TO WIRING FUNDS TO OUR ACCOUNT.**

| | |
|---|---|
| Account Name: | Meister Seelig & Fein LLP |
| Account Number: | ████████9621 |
| Bank: | First Republic Bank |
| | 111 Pine Street |
| | San Francisco, CA  94111 |
| ABA Number: | **321081669** |
| Reference: | 344873 |
| Swift Code: | **FRBBUS6S (for international transfers)** |

**For credit card or e-check payments, please visit our website: www.meisterseelig.com.**

For billing inquiries:
Elizabeth Schneck (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*

## Meister Seelig & Fein LLP

125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535



Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

| | |
|---|---|
| Invoice #: | 348072 |
| Client #: | 7091 |
| Matter #: | 11 |
| Billing Attorney: | MS |
| Tax ID #: | 13-3756277 |

---

# INVOICE SUMMARY

For professional services rendered and costs advanced through September 30, 2022:

**RE:  Hudson Private - Shadowplay**

| | |
|---|---|
| Professional Services | $ 2,972.50 |
| Total Disbursements Advanced | $ 719.84 |
| **TOTAL THIS INVOICE** | **$ 3,692.34** |
| Previous Balance | $ 10,773.16 |
| **TOTAL BALANCE DUE** | **$ 14,465.50** |

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description of Service | Hours |
|------|------|------------------------|-------|
| 9/06/22 | KAF | Prepared for hearing on motion to remand, call with process server, participated in hearing | 2.50 |
| 9/21/22 | KAF | Reviewed Order from Court on motion to remand, reviewed Notice of Initial Pretrial Conference, drafted joint letter to Court, conducted research regarding conversion of CPLR 3213 motions to FRCP 56 motions | 1.30 |
| 9/23/22 | KAF | Reviewed letter from defense counsel, drafted and filed response | .30 |
| | | **TOTAL PROFESSIONAL SERVICES** | **$ 2,972.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Kevin A Fritz | 725.00 | 4.10 | 2,972.50 |
| **TOTALS** | | **4.10** | **$ 2,972.50** |

## DISBURSEMENTS ADVANCED

| | Description | Amount |
|---|-------------|--------|
| 7/31/22 | Online Legal Research - Thomson Reuters, Online Legal Research, Inv. 0846766299 | 606.95 |
| 7/31/22 | Online Legal Research - Thomson Reuters, Online Legal Research, Inv. 0846766299 | 4.31 |
| 7/31/22 | Online Legal Research - Pacer Service Center - Online Legal Research, Apr - Jun 2022 | 3.10 |
| 7/31/22 | Online Legal Research - Pacer Service Center - Online Legal Research, Apr - Jun 2022 | 51.30 |
| 7/31/22 | Online Legal Research - Pacer Service Center - Online Legal Research, Apr - Jun 2022 | 25.00 |
| | Postage 01 | 2.88 |
| 9/30/22 | Online Legal Research - Pacer Service Center - Online Legal Research, Jul - Sept 2022 | 26.30 |
| | **TOTAL DISBURSEMENTS ADVANCED** | **$ 719.84** |
| | **TOTAL THIS INVOICE** | **$ 3,692.34** |

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 335957 | 3/16/22 | 507.50 | .00 | 507.50 |
| 338474 | 4/13/22 | 1,090.00 | .00 | 1,090.00 |
| 339004 | 5/19/22 | 395.66 | .00 | 395.66 |
| 343441 | 7/26/22 | 4,785.00 | .00 | 4,785.00 |
| 344873 | 8/23/22 | 3,995.00 | .00 | 3,995.00 |

Previous Balance                                $ 10,773.16

**TOTAL BALANCE DUE**                      **$ 14,465.50**



October 25, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

| | |
|---|---|
| Invoice #: | 348072 |
| Client #: | 7091 |
| Matter #: | 11 |
| Billing Attorney: | MS |
| Tax ID #: | 13-3756277 |

---

## REMITTANCE ADVICE

**RE: Hudson Private - Shadowplay**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 3,692.34** |
| BALANCE FORWARD | $ 10,773.16 |
| **TOTAL BALANCE DUE** | **$ 14,465.50** |

---

Please return this page with payment to:

Meister Seelig & Fein LLP
ATTN: Accounts Receivable
125 Park Avenue, 7th Floor
New York, NY 10017

Or Via Wire Transfer:

**IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
PRIOR TO WIRING FUNDS TO OUR ACCOUNT.**

| | |
|---|---|
| Account Name: | Meister Seelig & Fein LLP |
| Account Number: | ■■■■■9621 |
| Bank: | First Republic Bank |
| | 111 Pine Street |
| | San Francisco, CA 94111 |
| ABA Number: | **321081669** |
| Reference: | 348072 |
| Swift Code: | **FRBBUS6S (for international transfers)** |

**For credit card or e-check payments, please visit our website: www.meisterseelig.com.**

For billing inquiries:
Elizabeth Schneck (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*

## Meister Seelig & Fein LLP

125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535



November 21, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

Invoice #: 349735
Client #: 7091
Matter #: 11
Billing Attorney: MS
Tax ID #: 13-3756277

_____

# INVOICE SUMMARY

For professional services rendered and costs advanced through October 31, 2022:

**RE:  Hudson Private - Shadowplay**

| | |
|---|---|
| Professional Services | $ 725.00 |
| Total Disbursements Advanced | $ 314.12 |
| **TOTAL THIS INVOICE** | **$ 1,039.12** |
| Previous Balance | $ 14,465.50 |
| **TOTAL BALANCE DUE** | **$ 15,504.62** |

Invoice #:  349735                                          November 21, 2022

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description of Service | Hours |
|------|------|------------------------|------:|
| 10/13/22 | KAF | Reviewed Answer | .10 |
| 10/19/22 | KAF | Call with counsel about upcoming conference and settlement | .20 |
| 10/25/22 | KAF | Attention to joint letter | .10 |
| 10/26/22 | KAF | Call with defense counsel about proposed case management plan | .10 |
| 10/31/22 | KAF | Conducted research regarding consolidation, outlined opposition to consolidation motion | .50 |
| | | **TOTAL PROFESSIONAL SERVICES** | **$ 725.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Rate | Hours | Total |
|------|-----:|------:|------:|
| Kevin A Fritz | 725.00 | 1.00 | 725.00 |
| **TOTALS** | | **1.00** | **$ 725.00** |

## DISBURSEMENTS ADVANCED

| | Description | Amount |
|--|-------------|-------:|
| 10/17/22 | Filing Fee - Filing Fee - Filing fee payment - New York County Supreme Court ECF | 314.12 |
| | **TOTAL DISBURSEMENTS ADVANCED** | **$ 314.12** |
| | **TOTAL THIS INVOICE** | **$ 1,039.12** |

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 335957 | 3/16/22 | 507.50 | .00 | 507.50 |
| 338474 | 4/13/22 | 1,090.00 | .00 | 1,090.00 |
| 339004 | 5/19/22 | 395.66 | .00 | 395.66 |
| 343441 | 7/26/22 | 4,785.00 | .00 | 4,785.00 |
| 344873 | 8/23/22 | 3,995.00 | .00 | 3,995.00 |
| 348072 | 10/25/22 | 3,692.34 | .00 | 3,692.34 |

Previous Balance                           $ 14,465.50

**TOTAL BALANCE DUE**                      **$ 15,504.62**



November 21, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

| | |
|---|---|
| Invoice #: | 349735 |
| Client #: | 7091 |
| Matter #: | 11 |
| Billing Attorney: | MS |
| Tax ID #: | 13-3756277 |

---

### REMITTANCE ADVICE

**RE:  Hudson Private - Shadowplay**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 1,039.12** |
| BALANCE FORWARD | $ 14,465.50 |
| **TOTAL BALANCE DUE** | **$ 15,504.62** |

---

Please return this page with payment to:

Meister Seelig & Fein LLP
ATTN:  Accounts Receivable
125 Park Avenue, 7th Floor
New York, NY  10017

Or Via Wire Transfer:

**IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
PRIOR TO WIRING FUNDS TO OUR ACCOUNT.**

| | |
|---|---|
| Account Name: | Meister Seelig & Fein LLP |
| Account Number: | █████9621 |
| Bank: | First Republic Bank |
| | 111 Pine Street |
| | San Francisco, CA  94111 |
| ABA Number: | **321081669** |
| Reference: | 349735 |
| Swift Code: | **FRBBUS6S (for international transfers)** |

**For credit card or e-check payments, please visit our website: www.meisterseelig.com.**

For billing inquiries:
Elizabeth Schneck (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*

### Meister Seelig & Fein LLP

125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535



November 28, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

Invoice #:          349929
Client #:            7091
Matter #:              11
Billing Attorney:      MS
Tax ID #:      13-3756277

## INVOICE SUMMARY

For professional services rendered and costs advanced through November 28, 2022:

**RE:  Hudson Private - Shadowplay**

| | |
|---|---|
| Professional Services | $ 7,685.00 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 7,685.00** |
| Previous Balance | $ 15,504.62 |
| **TOTAL BALANCE DUE** | **$ 23,189.62** |

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours |
|------|------|------------------------|-------|
| 11/02/22 | KAF | Drafted opposition to Creative Wealth's motion to consolidation two actions, conducted research | 3.80 |
| 11/03/22 | KAF | Revised opposition papers, e-filed same | .30 |
| 11/10/22 | KAF | Reviewed Order from Court, revised proposed joint letter | .30 |
| 11/11/22 | KAF | Call with opposing counsel about summary judgment and discovery | .20 |
| 11/14/22 | KAF | Revised joint letter, call with opposing counsel about proposed Case Management Schedule, reviewed proposed Schedule | .30 |
| 11/17/22 | KAF | Attention to Appearance Sheet for initial conference | .10 |
| 11/18/22 | KAF | Participated in initial conference with the Court, prepared for conference, drafted motion for summary judgment, conducted research | 4.20 |
| 11/21/22 | KAF | Drafted memorandum of law in support of summary judgment motion, conducted research | .40 |
| 11/22/22 | KAF | Attention to summary judgment motion | 1.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | **$ 7,685.00** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Kevin A Fritz | 725.00 | 10.60 | 7,685.00 |
| **TOTALS** | | **10.60** | **$ 7,685.00** |

| | | |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$ 7,685.00** |

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 335957 | 3/16/22 | 507.50 | .00 | 507.50 |
| 338474 | 4/13/22 | 1,090.00 | .00 | 1,090.00 |
| 339004 | 5/19/22 | 395.66 | .00 | 395.66 |
| 343441 | 7/26/22 | 4,785.00 | .00 | 4,785.00 |
| 344873 | 8/23/22 | 3,995.00 | .00 | 3,995.00 |
| 348072 | 10/25/22 | 3,692.34 | .00 | 3,692.34 |
| 349735 | 11/21/22 | 1,039.12 | .00 | 1,039.12 |

Previous Balance                                    $ 15,504.62

**TOTAL BALANCE DUE**                          **$ 23,189.62**



November 28, 2022

Hudson Private
Christopher Conover (President)
cconover@HudsonPrivate.com

| | |
|---|---|
| Invoice #: | 349929 |
| Client #: | 7091 |
| Matter #: | 11 |
| Billing Attorney: | MS |
| Tax ID #: | 13-3756277 |

## REMITTANCE ADVICE

**RE:  Hudson Private - Shadowplay**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 7,685.00** |
| BALANCE FORWARD | $ 15,504.62 |
| **TOTAL BALANCE DUE** | **$ 23,189.62** |

Please return this page with payment to:

Meister Seelig & Fein LLP
ATTN:  Accounts Receivable
125 Park Avenue, 7th Floor
New York, NY  10017

Or Via Wire Transfer:

**IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
PRIOR TO WIRING FUNDS TO OUR ACCOUNT.**

| | |
|---|---|
| Account Name: | Meister Seelig & Fein LLP |
| Account Number: | ■■■■■9621 |
| Bank: | First Republic Bank |
| | 111 Pine Street |
| | San Francisco, CA  94111 |
| ABA Number: | **321081669** |
| Reference: | 349929 |
| Swift Code: | **FRBBUS6S (for international transfers)** |

**For credit card or e-check payments, please visit our website: www.meisterseelig.com.**

For billing inquiries:
Elizabeth Schneck (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*

## Meister Seelig & Fein LLP

125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535