# MEMO ENDORSED

 HERRICK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/06/2023

**Samuel Bazian**
Partner
Phone: 212.592.1611
Fax: 212.545.2349
sbazian@herrick.com

April 5, 2023

**VIA ECF**
Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Hudson Private LP v. Creative Wealth Media Finance Corp.*, No. 7:22-cv-05520-PAE

Dear Judge Parker:

> Granted. Conference adjourned.
> Katharine H. Parker
> USMJ  4-6-23
> The parties shall request a conference after the motion is decided.
>
> **Clerk of Court is directed to terminate Motions ECF #57 & 58.**

We represent defendant Creative Wealth Media Finance Corp. in the above-referenced action. After filing our prior letter to the Court, which requested permission for our clients to remotely appear for the settlement conference scheduled for April 19, 2023, we conferred with Plaintiff's counsel concerning the likelihood of resolving this action at the conference. As previously discussed via phone with the Court's clerk on February 1, 2023, Plaintiff previously filed a motion for summary judgment, which Defendant opposed, and the parties have not yet received a decision on the motion.

All counsel believe that a settlement conference will be more fruitful after the motion is decided. Accordingly, the parties jointly request that the settlement conference be adjourned until a date after the Court issues a decision on the motion for summary judgment.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ Samuel J. Bazian

Samuel J. Bazian

cc (via ECF):   All counsel of record

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500