UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
HUDSON PRIVATE LP,

                   Plaintiff,

            v.

CREATIVE WEALTH MEDIA FINANCE CORP.,

                   Defendant.
------------------------------------------------------------------------x

Civ. Action No. 7:22-cv-05520-JGLC

proposed
**<u>JUDGMENT</u>**

      This action having been commenced on March 1, 2022, by filing of the Summons and Motion for Summary Judgment in Lieu of Complaint in the Supreme Court of the State of New York, County of New York, and defendant having removed the action to his Court on June 28, 2022, and defendant having answered the Complaint on October 13, 2022, and plaintiff having filed a letter motion for discovery-related sanctions on December 8, 2023, and defendant's counsel having moved to withdraw as counsel for defendant on December 13, 2023, and the Court having granted such motion by Order dated December 27, 2023, and in the same Order the Court having provided defendant with until January 10, 2024 to retain substitute counsel and to respond to plaintiff's motion for sanctions, and the time for doing so having expired, it is

      ORDERED that Defendant Creative Wealth Media Finance Corp.'s Answer is hereby stricken with prejudice, and it is further

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the principal amount of $3,000,000.00, plus contractual interest at the rate of 10% per annum (compounded annually) from July 16, 2020 through December 31, 2023, which amounts to $3,551,429.03, plus additional interest at the rate of 1.5% per month on the entire balance from

1

January 3, 2022 through December 31, 2023, which amounts to $4,739,950.96, plus Plaintiff's reasonable attorneys' fees and expenses incurred in connection with the collection and enforcement of the promissory note at issue herein, which amounts to $58,660.13, amounting in all to **$4,798,611.09**.

Dated: New York, New York

                                                                                                Hon. Jessica G. L. Clarke,
                                                                                                United States District Court Judge