```
INCOMING WIRE PAYMENT NOTIFICATION

Date:                   JULY 08, 2020

For Credit To:          ███████1467

Original Amount:         1,500,000.00  USD
Handling Fee    :               17.50
Net Amount      :        1,499,982.50  USD
Exchange Rate   :               1.000000
Total Amount    :        1,499,982.50  USD

Received From:          BOFAUS3NXXX
Value Date:             JULY 08, 2020

Payment Details:        /RFB/2020190001470
                        ORIG AMT USD 1500000.00



Payment ID:             200708S3103500
Payment Confirmation#:
Transaction Reference:  2020070800555094


Ordering Customer:      /9853805520
                        HUDSON PRIVATE LP
                        15 EAST CENTRAL AVE
                        PEARL RIVER NY 10965-


Beneficiary Customer:   /█████6745
                        CREATIVE WEALTH MEDIA FINANCE CORP
                        2453 YONGE AT ERSKINE
                        TORONTO, ONTARIO
                        M4P 2H6


 FOR INQUIRIES, CONTACT 1-800-668-7328 FROM 8AM - 8PM
INCOMING WIRE PAYMENT NOTIFICATION
```





FOR INQUIRIES, CONTACT 1-800-668-7328 FROM 8AM - 8PM