TD Secure Email

# RE: : Incoming Wire Report [I]   TD_Secure     Bernadette

From: ████████████████████████████

To: ███████████████████████ "Jenifer.George@cwmoviefund.ca"
<Jenifer.George@cwmoviefund.ca>

Cc: ████████████████████████████

Sent: Thursday, November 23, 2023 10:00:14 AM EST

Secure Reply

---

Good day,

As requested:

200717S6092600        1,499,982.50   USD  20/07/17  /9853805520                    INC
12:42:50   12:4

HUDSON PRIVATE LP

0000-0000000

/730146745

CREATIVE WEALTH MEDIA FINANCE CORP

████████1467

/RFB/2020199000915         ORIG AMT USD 1500000.00

SENDER CHARGES USD 0.00

Thanks,

████████████████████████████████

█████████████████████████████

████████████████

Internal

From: ████████████████████████

---

 TD Secure Email

Hi Everyone

Please  provide details directly to
Jenifer.George@cwmoviefund.ca<mailto:Jenifer.George@cwmoviefund.ca>

Thank you

████████████████████████████

██████████████████████

███████████████████████████████████████

Relationship Teams:

█████████████████████████

████████████████████

██████████████████████████

███████████████████

████████████████████████████████

████████████████████

███████████████████████████

███████████████

██████████████████████████

█████████████████████████

████████████████████

██████████████████████

████████████████████████████

████████████████████

████████████████████████████

████████████████████

 TD Secure Email

███████████████████████████
███████████████████████
████████████████████████████████████
██████████████████████████████
█████████████████████████████
███████████████████████

Internal

From: ██████████████████████████████████████

Sent: Thursday, November 23, 2023 9:25 AM

To: ███████████████████████████████████

Subject: FW: : Incoming Wire Report [I]

Classification: Internal

Hello █████,

Please submit a request to obtain the details for the following transaction.  The client has accepted any charges associated with this request.

BR #:  0057    ACCOUNT: ██1467  US C   SHORTNAME: CREATIVE

PERIOD:      FROM  : 07 / 16 / 2020   TO   : 07 / 18 / 2020

| DATE | T/C | TRANS DESCRIPTION | TRANS AMOUNT |
|---|---|---|---|
| 07 / 17 / 2020 | 50 | 200717S6092600WIRE | 1,499,982.50 CR |

Thank you,

███████████████████████████████
████████████████████████
████████████████████████
█████████████████

From: Jenifer George
<Jenifer.George@cwmoviefund.ca<mailto:Jenifer.George@cwmoviefund.ca>>

---

If you have questions about TD Secure Email, please contact the TD representative who sent you the email.

 **TD Secure Email**

Sent: Thursday, November 23, 2023 9:23 AM

To: ███████████████████████████████████

Cc: █████████████

███████████████████████████████████████████

██████████████████████████████████

Subject: Re: : Incoming Wire Report [I]

CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST

ATTENTION : COURRIEL EXTERNE. NE CLIQUEZ PAS SUR DES LIENS ET N'OUVREZ PAS DE PIÈCES JOINTES AUXQUELS VOUS NE FAITES PAS CONFIANCE

Thank you.

I only need the 1,499,982.50 confirm. Cost is fine.

Sent from my iPhone

On Nov 23, 2023, at 9:18 AM, Bosanac, David

███████████████████████████████████ wrote:

Classification: Internal

é. Utilisation/divulgation interdites sans permission. Si reçu par erreur, prière d'aller au www.td.com/francais/avis_juridique<http://www.td.com/francais/avis_juridique> pour des instructions.