UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUDSON PRIVATE LP,<br><br>                    Plaintiff,<br><br>-against-<br><br>CREATIVE WEALTH MEDIA FINANCE CORP.,<br><br>                    Defendant. | 22-CV-5520 (JGLC)<br><br>**DEFAULT JUDGMENT** |

JESSICA G. L. CLARKE, United States District Judge:

WHEREAS this matter came before the Court on the application of Plaintiff Hudson Private LP ("Plaintiff") for entry of a default judgment against Defendant Creative Wealth Media Finance Corp. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2. *See* ECF No. 83.

WHEREAS Plaintiff filed his application for entry of default judgment seeking $4,739,950.96 in contractual damages for default of a promissory note and $58,660.13 in attorneys' fees.

WHEREAS Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a hearing for Plaintiff's application for February 22, 2024, and Defendant failed to appear.

WHEREAS at the hearing on February 22, 2024, Plaintiff agreed to the Court's calculation of the total value of Plaintiff's contractual damages as $4,694,570.96.

THEREFORE, IT IS ADJUDGED AND ORDERED that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed. R. Civ. P. 55(b)(2); it is

FURTHER ORDERED that a judgment is entered against Defendant for $4,694,570.96 in contractual damages and $58,660.13 in attorneys' fees, for a total of $4,753,231.09; it is

FURTHER ORDERED that the Court declares that Defendant defaulted on Plaintiff's Promissory Note; it is

FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

FURTHER ORDERED that this case is dismissed, and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Dated: February 26, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge